No. 79–560. VISLISEL *v.* UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–563. LIOSI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–564. INDIANA & MICHIGAN ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 79–575. RICHARDSON ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–577. DAMERON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–582. COLORADO ET AL. *v.* VETERANS' ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–586. KRAYNAK ET AL. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 79–589. LULL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 79–592. LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. *v.* KANE, U. S. DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–599. RIZZO *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 79–600. SARMIENTO ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–604. MOUNTAIN FUEL SUPPLY CO. ET AL. *v.* UTAH COMMITTEE OF CONSUMER SERVICES ET AL. Sup. Ct. Utah. Certiorari denied.